# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

Clive Richards,
Plaintiff,

v.

Federal Emergency Management Agency ("FEMA");
Markwayne Mullin, Secretary of the United States Department of Homeland Security, in his official capacity; and
Bob Fenton, Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency, in his official capacity,

Defendants.

Civil Action No. **1:26 -CV- 3 4 8 3**

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 22 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# CONDITIONAL MOTION FOR REASSIGNMENT

Plaintiff Clive Richards, proceeding pro se, respectfully files this Conditional Motion for Reassignment and states as follows:

# I. INTRODUCTION

1. Plaintiff files this Motion conditionally and solely for the purpose of preserving objections concerning assignment procedures in the event this matter is designated as related to a prior or pending action absent a clearly applicable basis under Local Rule 3.1.
2. Plaintiff does not presently seek reassignment from any particular judicial officer absent a related-case designation, reassignment determination, or deviation from ordinary random assignment procedures.
3. Plaintiff respectfully submits this Motion in conjunction with Plaintiff's separately filed Notice Objecting to Related-Case Designation and Request for Random Assignment.
4. Plaintiff files this Motion respectfully and does not allege personal bias, misconduct, or improper motive by any judicial officer.

1

# II. GOVERNING AUTHORITY

5. Under 28 U.S.C. § 137, the business of the district court shall be divided among the judges as provided by the rules and orders of the court.

6. Local Rule 3.1 of the Northern District of Georgia governs assignment and related-case procedures within this District.

7. Federal courts recognize the importance of neutral assignment procedures and the appearance of impartial justice.

8. The Due Process Clause of the Fifth Amendment guarantees litigants meaningful access to a fair and impartial tribunal.

9. Due process principles are implicated where procedures create a probability of bias or undermine neutrality in adjudication. See Tumey v. Ohio, 273 U.S. 510 (1927).

10. Courts have emphasized that judicial proceedings must satisfy both actual fairness and the appearance of fairness. See Offutt v. United States, 348 U.S. 11 (1954).

# III. BASIS FOR CONDITIONAL RELIEF

11. Plaintiff's underlying action arises from FEMA administrative determinations, alleged agency delay, and review under the Administrative Procedure Act concerning Disaster DR-4830-GA.

12. Plaintiff respectfully maintains that the present action involves a distinct administrative record, separate factual allegations, separate agency determinations, and separate legal claims.

13. Plaintiff respectfully submits that the mere identity of a litigant does not independently justify related-case designation under Local Rule 3.1.

14. Plaintiff further respectfully submits that assignment of unrelated matters outside ordinary random assignment procedures may create appearance concerns regarding consistency with neutral assignment procedures.

15. Plaintiff therefore respectfully requests that, if this action is designated as related to another matter or reassigned outside ordinary random assignment procedures, the Court reconsider such designation and permit reassignment through ordinary random assignment procedures.

16. Plaintiff further respectfully requests that any related-case determination or reassignment basis be clearly reflected on the public docket.

# IV. GOOD-FAITH REPRESENTATION

17. Plaintiff submits this Motion respectfully and in good faith for procedural preservation purposes only.

18. Plaintiff does not seek to impugn the integrity, impartiality, or professionalism of any judicial officer.

2

19. Plaintiff instead seeks only to preserve objections concerning assignment procedures and ensure adherence to governing rules and ordinary neutral assignment practices.

# V. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Deny any related-case designation absent a clearly applicable basis under Local Rule 3.1;

B. Permit this action to proceed through ordinary random assignment procedures;

C. In the event reassignment or related-case designation occurs, reconsider such designation consistent with governing rules and neutrality principles;

D. Maintain a clear record concerning any assignment or reassignment determination associated with this matter; and

E. Grant such additional and further relief as the Court deems just and proper.


CLIVE RICHARDS
Plaintiff, Pro Se

2060 Alison Court SW, Unit C2
Atlanta, Georgia 30311

Mailing Address:
50 Sunset Ave NW, Unit 92636
Atlanta, Georgia 30314

Telephone: 678-698-8167
Email: unal@theunal.com

# CERTIFICATE OF SERVICE

Plaintiff certifies that this Motion is being filed contemporaneously with the initiation of this action. At the time of filing, no defendant has appeared in this matter and no attorney of record has entered an appearance on behalf of any defendant.

Plaintiff will effect service of the summons, complaint, and any other required documents in accordance with the Federal Rules of Civil Procedure, applicable law, and any orders of the Court.

Respectfully submitted this 16th day of June, 2026.

CLIVE RICHARDS

Signature: _Clive Richards_

Date: June 16, 2026